IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BUDDY BULLOCK, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:07cv392 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| WANZA JACKSON, WARDEN, : | |
| : | |
| Respondent(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 8, 2008 a Report and Recommendation (Doc. 6). Subsequently, the Petitioner filed objections to such Report and Recommendation (Doc. 10).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Petitioner's Motion for leave to stay the proceedings and hold in abeyance is **DENIED.**

IT IS SO ORDERED.

   s/Susan J. Dlott
Susan J. Dlott
United States District Judge